# United States Court of Appeals

## For the Eighth Circuit

_____

No. 15-3293

_____

Susie Grissom, On behalf of ZNE

*Plaintiff - Appellant*

v.

Carolyn W. Colvin, Acting Commissioner of Social Security

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Arkansas - Texarkana

_____

Submitted: June 21, 2016
Filed: June 24, 2016
[Unpublished]

_____

Before SMITH, ARNOLD, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Susie Grissom, on behalf of her minor granddaughter ZNE, appeals the order of the district court[1] affirming the Commissioner's determination that ZNE is not

_____

[1]The Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

entitled to child's disability benefits because her impairments do not meet, medically equal, or functionally equal, any listing. Upon careful de novo review of the record and the parties' submissions on appeal, see Moore ex rel. Moore v. Barnhart, 413 F.3d 718, 721 (8th Cir. 2005), we are satisfied that the Commissioner's decision is supported by substantial evidence on the record as a whole, and that Grissom's arguments provide no basis for reversal. The judgment of the district court is affirmed. See 8th Cir. R. 47B.

_____